Mark Brnovich
Attorney General
Firm State Bar No. 14000

Christopher J. Dylla
Assistant Attorney General
State Bar No. 027114
Office of the Attorney General
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8389
Facsimile: (602) 542-4273
Email: christopher.dylla@azag.gov
Attorney for the State of Arizona
  *ex rel.* Arizona Department of Revenue

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>David A. Miller,<br>SSN: XXX-XX-0396<br><br>Eleanor R. Miller,<br>SSN: XXX-XX-0769<br><br>Debtors. | Chapter 7<br><br>Case No. 2:16-bk-05109-PS<br><br>**MOTION TO EXTEND DEADLINE TO OBJECT TO DEBTORS' DISCHARGE UNDER 11 U.S.C. § 727 (UNOPPOSED)** |

The State of Arizona *ex rel.* Arizona Department of Revenue ("Department") hereby requests that this Court, pursuant to FRBP 4004(b), to enter an appropriate order extending the deadline to object to David A Miller and Eleanor R. Miller's ("Debtors") discharge under 11 U.S.C. §727. The Debtors do not oppose such relief. This motion is supported by the following Memorandum of Points and Authorities.

\\.\\.\\

\\.\\.\\

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. Relevant Factual and Procedural History

1. On May 6, 2016, the Debtors filed a Chapter 13 petition for relief under Title 11 of the United States Code. The Debtors subsequently converted their case to a case under Chapter 7 on July 26, 2016.

2. The deadline to object to the Debtors' discharge is October 28, 2016.

3. Debtors operate a business in the State of Arizona and are required to file and pay transaction privilege ("TPT) and withholding ("WTH") tax returns. Debtors reside in the State of Arizona and are required to file and pay personal income tax returns.

4. The Department filed a first amended proof of claim, establishing that it has an estimated priority claim in the amount of $75,048.42. A true and accurate copy of the Department's *First Amended Proof of Claim*, dated September 8, 2016, is No. 2-2 on the Claims Register.

5. The Department was forced to file an estimated proof of claim due to the Debtors failure to file and pay:

- Personal income tax returns for the years ending December 31, 2012, 2013, and 2015;
- TPT returns for the Debtor's business known as Mr. Spa Man Spas, LLC for the periods June 30, 2015 through July 31, 2016;
- WTH returns for the Debtors' business known as Mr. Spa Man Spas, LLC for the quarters ending September 30, 2015 through June 30, 2016.

6. The Department filed an Application for 2004 Examination on September 15, 2016, Docket No. 42. An Order granting the Application was entered on September 15, 2015 ("2004 Exam Order"), Docket No. 44.

7. The Department served a copy of the Order on the Debtors and their counsel on September 23, 2016 and set a deadline of October 6, 2016 to produce the documents.

8. On October 7, 2016, Counsel for the Department emailed Counsel for the Debtors seeking whether the Debtors would stipulate to allow for the extension of filing a 727 complaint and gave them until close of business on October 13, 2016 to respond.

9. On October, 17, 2016, Counsel for the Department spoke with Counsel for the Debtors who indicated that the Debtors would not oppose an extension of the deadline for the Department to object to the Debtors' discharge. An extension to October 28, 2016 to comply with 2004 Exam Order was granted to the Debtors.

**II.     Legal Basis**

The Department sent a cover letter and a copy of the 2004 Exam Order to the Debtors on September 15, 2016. The cover letter set a date of October 6, 2016 to produce the requested documents but stated that additional time could be requested if needed. The cover letter and the 2004 Exam Order were sent to the Debtors at the address listed on their petition via regular and certified mail. The certified mail copies sent to the Debtors were returned as undeliverable, however the regular mail sent to the Debtors was <u>not</u> returned as undeliverable. The same cover letter and a copy of the 2004 Exam Order was sent to the Counsel for the Debtors and was <u>not</u> returned as undeliverable. The Debtors have only requested additional time to respond today to 2004 Exam Order. Lastly, the Debtors have not responded to the Department's request to file the prepetition tax returns listed above.

FRBP 4004(b)(1) allows a party in interest to request an extension of the deadline to object to discharge and the Court, after notice and hearing, may grant such a request for cause.

The Ninth Circuit Court of Appeals in *Willms v. Sanderson*, 723 F.3d 1094, 1104 (9th Cir. 2013) stated that a creditor must show why it was not able to comply with the deadline as originally set.

The Debtors' failure to comply with and abide by the 2004 Exam Order of this Court and their lack of cooperation with the Department make it impossible for the Department to assess whether it is necessary or prudent to file a complaint to deny the Debtors' discharge in accordance with 11 U.S.C. §727. Based on the Debtors' inaction, the Department requests a 90 day extension in order to review documents produced under the 2004 Exam Order and conduct an examination under oath in order to allow the Department to make an informed determination whether it should file a complaint to deny the Debtors a discharge under 11 U.S.C. §727.

**III.** **Conclusion**

Based on the foregoing, the Department requests this Court to approve the Department Motion and grant a 90 day extension of the deadline to file objections to the Debtors' discharge.

RESPECTFULLY SUBMITTED this 17th day of October, 2016.

        MARK BRNOVICH
        Attorney General

        /s/CJD No. 027114
        Christopher J. Dylla
        Assistant Attorney General
        Attorney for the State of Arizona
         *ex rel.* Arizona Department of Revenue

ORIGINAL of the foregoing filed electronically
this 17th day of October, 2016 with:

United States Bankruptcy Court
Phoenix Division
230 North First Avenue, Suite 101
Phoenix, AZ 85003

COPY of the foregoing sent for mailing
this 17th day of October, 2016 to:

Bert L. Roos
Bert L. Roos, PC
5045 North 12th Street, Suite B
Phoenix, AZ 85014
*Attorney for Debtors*

Roger W. Brown
P.O. Box 32967
Phoenix, AZ 85064
*Chapter 7 Trustee*

/s/ R. Scott Graves
#5368286/BCE16-01340