Mark Brnovich
Attorney General
Firm State Bar No. 14000

Christopher J. Dylla
Assistant Attorney General
State Bar No. 027114
Office of the Attorney General
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8389
Facsimile: (602) 542-4273
Email: christopher.dylla@azag.gov
Attorney for the State of Arizona
  *ex rel.* Arizona Department of Revenue

# IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>David A. Miller,<br>SSN: XXX-XX-0396<br><br>Eleanor R. Miller,<br>SSN: XXX-XX-0769<br><br>Debtor. | Chapter 7<br><br>Case No. 2:16-bk-05109-PS<br><br>**NOTICE OF LODGING PROPOSED ORDER** |

The State of Arizona *ex rel.* Arizona Department of Revenue hereby gives notice of lodging a proposed form of order granting the Motion to Extend Deadline to Object to Debtors' Discharge Under 11 U.S.C. §727.

RESPECTFULLY SUBMITTED this 17th day of October, 2016.

                                           MARK BRNOVICH
                                           Attorney General

                                          /s/CJD No. 027114
                                         Christopher J. Dylla
                                         Assistant Attorney General
                                         Attorney for the State of Arizona
                                            *ex rel.* Arizona Department of Revenue

ORIGINAL of the foregoing filed electronically
this 17th day of October, 2016 with:

United States Bankruptcy Court
Phoenix Division
230 North First Avenue, Suite 101
Phoenix, AZ 85003

COPY of the foregoing sent for mailing
this 17th day of October, 2016 to:

Bert L. Roos
Bert L. Roos, P.C.
5045 North 12th Street, Suite B
Phoenix, AZ 85014
*Attorney for Debtors*

Roger W. Brown
P.O. Box 32967
Phoenix, AZ 85064
*Chapter 7 Trustee*


/s/ R. Scott Graves
#5384088/BCE16-01340

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| In re: | Converted to Chapter 7 |
|---|---|
| David A. Miller,<br>SSN: XXX-XX-0396 | Case No. 2:16-bk-05109-PS |
| Eleanor R. Miller,<br>SSN: XXX-XX-0769 | **ORDER GRANTING ARIZONA DEPARTMENT OF REVENUE'S MOTION TO EXTEND DEADLINE TO OBJECT TO DEBTORS' DISCHARGE UNDER 11 U.S.C. § 727** |
| Debtors. | |

This matter having come before the Court on the motion filed by the State of Arizona *ex rel.* Arizona Department of Revenue ("Department") to extend the deadline to object to Debtors' discharge under 11 U.S.C. §727. The Court notes that the Debtors do not oppose a 90 day extension. Good cause having been shown and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the Department's Motion is GRANTED.

**IT IS FURTHER ORDERED** that the deadline for the Department to timely file an objection to Debtors' discharge under 11 U.S.C. §727 is extended for not more than 90 days, up to and including January 26, 2017.

---
SIGNED AND DATED ABOVE
---

#538054/BCE16-01340